**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48608-CAD |
| | § | |
| KRISTEN MARIE PFISTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/06/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/13/2012        By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48608-CAD |
| | § | |
| KRISTEN MARIE PFISTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,200.00
*and approved disbursements of* $6.28
*leaving a balance on hand of[1]:* $2,193.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,193.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $550.00 | $0.00 | $550.00 |
| David P. Leibowitz, Trustee Expenses | $29.75 | $0.00 | $29.75 |

Total to be paid for chapter 7 administrative expenses: $579.75
Remaining balance: $1,613.97

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,613.97

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,613.97 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $11,821.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $2,340.52 | $0.00 | $319.54 |
| 2 | FIA CARD SERVICES, N.A. | $5,982.61 | $0.00 | $816.78 |
| 3 | GE Capital Retail Bank/ TJX CREDIT CARD | $971.12 | $0.00 | $132.58 |
| 4 | Ashley Funding Services, LLC its successors and | $1,933.29 | $0.00 | $263.94 |
| 5 | Capital One, N.A. | $594.22 | $0.00 | $81.13 |

|  | Total to be paid to timely general unsecured claims: | $1,613.97 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | «mnyTotalUnsecuredCreditorsSub_v2» |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 11-48608-CAD
Kristen Marie Pfister                                                    Chapter 7
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 3              Date Rcvd: Nov 13, 2012
                               Form ID: pdf006              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2012.
db           +Kristen Marie Pfister,    5070 Kingston Drive,    Barrington, IL 60010-5612
18127453    ++ALLIANT CREDIT UNION,    BANKRUPTCY DEPARTMENT,    11545 W TOUHY AVE,    CHICAGO IL 60666-5000
              (address filed with court: Alliant Credit Union,     11545 West Touhy Ave,    Chicago, IL   60666)
18127452      Acs/brazos,    P.O. Box 7051,    Utica, NY 13504-7051
18127455     +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
18127457     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
18127459    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA   23285)
18987585      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18127460     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18127461     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
18127462     +Chase Na,    4915 Independence Parkway,    Tampa, FL 33634-7518
18127463     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18127464     +Citi,   Po Box 6497,    Sioux Falls, SD 57117-6497
18127465     +Citi,   P.o. Box 6500,    Sioux Falls, SD 57117-6500
18127466     +Citi-bp Oil,    Po Box 6497,    Sioux Falls, SD 57117-6497
18127467     +Citibank Stu,    701 E. 60th St North,    Sioux Falls, SD 57104-0493
18127468     +Client Services, Inc.,    3451 Harry S. Truman Blvd,    St. Charles, IL 63301-9816
18127469     +Credit First N A,    6275 Eastland Road,    Brook Park, OH 44142-1399
18127471     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18127451     +Dwight Adams & Associates,    1855 Rohlwing Rd Ste D,    Rolling Meadows, IL 60008-1474
18127472     +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
18681689      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18127473      FIA Card Services NA,    P.O. Box 15019,    Wilmington, DE 19886-5019
18127474     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
18127475     +Firstsource Advantage Llc,    205 Bryant Woods South,    Amherst, NY 14228-3609
18127481    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/bstby,    Po Box 15519,    Wilmington, DE  19850)
18127482     +Hsbc/micro,    Pob 15521,    Wilmington, DE 19850-5521
18127483     +Hsbc/rs,    Po Box 5253,    Carol Stream, IL 60197-5253
18127484      Kaiser Foundation Health Plan, Inc.,    File 50445,    Los Angeles, CA  90074-0445
18127485      Kaiser Permanente,    P.O. Box 830913,    Birmingham, AL  35283-0913
18127487     +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
18127450     +Pfister Kristen Marie,    5070 Kingston Drive,    Barrington, IL 60010-5612
18127488     +Rnb-fields3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
18127489     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18127491      TJX Rewards,    Cardmember Services,    P.O. Box 151533,    Wilmington, DE  19886-5153
18127490      Target N.b.,    C/o Target Credit Services,    Minneapolis, MN  55440
18127492     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
18127493     +Visa Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18127494     +Web Bank/dfs,    1 Dell Way,    Round Rock, TX 78682-7000
18127496     +Wfnnb/limited,    Po Box 330066,    Northglenn, CO 80233-8066
18127497     +Wfnnb/maurices,    220 W Schrock Rd,    Westerville, OH 43081-2873
18127498     +Wfnnb/pacific Sunwear,    995 W 122nd Ave,    Westminster, CO 80234-3417
18127499     +Wfnnb/sporta,    Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18127453      E-mail/Text: bankruptcy@alliantcreditunion.com Nov 14 2012 07:19:12      Alliant Credit Union,
               11545 West Touhy Ave,    Chicago, IL  60666
18127456      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 14 2012 04:58:56      American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL  60123
18127454     +E-mail/Text: bkrpt@retrievalmasters.com Nov 14 2012 04:33:31     Amca,    2269 S Saw Mill,
               Elmsford, NY 10523-3899
18968137      E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:03
               Ashley Funding Services, LLC its successors and,    assigns as assignee of LabCorp,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18588820      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:49:52      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18127470     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:49:52      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
18703619      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2012 05:19:22      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,     Miami FL 33131-1605
18127476     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:50:17      Gecrb/care Credit,
               950 Forrer Blvd,    Kettering, OH 45420-1469
18127477     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:46:16      Gecrb/gap,    Po Box 965005,
               Orlando, FL 32896-5005
18127478     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:48:59      Gecrb/jcp,    Po Box 981402,
               El Paso, TX 79998-1402
18127479     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:50:41      Gecrb/lnt,    Po Box 965005,
               Orlando, FL 32896-5005
18127480     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2012 04:45:21      Gecrb/tjx Cos,    Po Box 1400,
               El Paso, TX 79948-1400
18127486     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 14 2012 04:30:40      Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: ccabrales           Page 2 of 3              Date Rcvd: Nov 13, 2012
                              Form ID: pdf006           Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                              TOTAL: 13

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18127458    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18127495    ##+Wfnnb/express,    Po Box 330066,    Northglenn, CO 80233-8066
                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                          **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales              Page 3 of 3                  Date Rcvd: Nov 13, 2012
                               Form ID: pdf006              Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2012 at the address(es) listed below:
        David P Leibowitz   dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Dwight C Adams   on behalf of Debtor Kristen Pfister dwightca@gmail.com,  stacy4sloan@yahoo.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                 TOTAL: 3